UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TINA KORICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11-CV-314 CAS |
| | ) | |
| ALLSTATE COLLECTIONS, LLC d/b/a | ) | |
| Smith, Klein & Associates, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court for examination pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Plaintiff commenced this action on February 18, 2011, naming as defendant Allstate Collections, LLC. A review of the Court file shows that the defendant has not been properly served in this matter nor has service been waived on its behalf. Under Rule 4(m), Federal Rules of Civil Procedure, the Court, after notice to a plaintiff, is directed to dismiss an action against a defendant upon which service has not been made within 120 days after the filing of the complaint.

The Rule 4(m) period for service expires June 20, 2011, 120 days after the filing of plaintiff's complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall cause service to be effected upon defendant Allstate Collections, LLC not later than June 20, 2011, and promptly thereafter file proof of service with the Court.

In the absence of good cause shown, failure to timely serve defendant shall result in dismissal of this action without prejudice.

									_____
									**CHARLES A. SHAW**
									**UNITED STATES DISTRICT JUDGE**

Dated this  25th  day of May, 2011.